IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUDY HOLLINGSWORTH                                              PLAINTIFF

        v.                          Civil No. 06-5208

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                 DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the

costs for commencement of suit and, accordingly, the following order is entered this 23rd day of

October 2006:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of October 20, 2006.

Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy

of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant,

Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto R.

Gonzales, U.S. Attorney General, and Claude Hawkins, Assistant U.S. Attorney, without

prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty

(60) days from the date of service.

        IT IS SO ORDERED.

        U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
            FILED                        _____
                                         HON. BEVERLY STITES JONES
        OCT 25 2006                      UNITED STATES MAGISTRATE JUDGE

        CHRIS R. JOHNSON, CLERK

BY
            DEPUTY CLERK

AO72A
(Rev. 8/82)